TDCJ Offender Details     82/319701     Page 1 of 2

![Texas Department of Criminal Justice]  TDCJ Home    New Offender Search

# Offender Information Details

| Return to Search list |
|---|

| | |
|---|---|
| **SID Number:** | 03437244 |
| **TDCJ Number:** | 01920931 |
| **Name:** | WOLF,DWIGHT |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1966-04-13 |
| **Maximum Sentence Date:** | 2033-08-01 |
| **Current Facility:** | BOYD |
| **Projected Release Date:** | 2033-08-01 |
| **Parole Eligibility Date:** | 2023-08-01 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

| Parole Review Information |
|---|

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1989-05-04 | BAIL JUMPING/FAILURE TO APPEAR | 1998-08-10 | WALLER | 6157 | 4-00-00 |
| | | | | | |